1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARTIN LINVILLE,                          No.  2:19-cv-2012-TLN-EFB

12                    Petitioner,

13        v.                                    **ORDER**

14   ROBERT NEUSCHMID,

15                    Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 23, 2020, the magistrate judge filed findings and recommendations herein which

21   were served on Petitioner and which contained notice to Petitioner that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 5.)  Petitioner has

23   filed objections to the findings and recommendations.  (ECF No. 6.)

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 23, 2020 (ECF No. 5), are ADOPTED IN FULL;

2.  The Petition (ECF No. 1) is DISMISSED for failure to state a cognizable federal claim;

3.  The Clerk of the Court is directed to close the case; and

4.  The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

DATED:  August 3, 2020

Troy L. Nunley
United States District Judge

2